IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL E. KIRBY,

        Plaintiff,

v.                                                                     4:06cv149-WS

RONALD JOHNSON, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed July 18, 2006. The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 14) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The complaint, and this action, are hereby DISMISSED for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be

granted.

    3.  The clerk shall enter judgment accordingly and shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this <u>  29th  </u> day of <u>  August  </u>, 2006.

                                     <u>s/ William Stafford                                </u>
                                     WILLIAM STAFFORD
                                   SENIOR UNITED STATES DISTRICT JUDGE